UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                                                             :

ENTERTAINMENT ONE US LP,             :    18 civ 7147

                          Petitioner,             :    RULE 7.1 STATEMENT

                          -against-                :

JAMES ROBINSON,                      :

                          Respondent.           :
------------------------------------------------------------ x

        Petitioner Entertainment One US. L.P. as and for its Disclosure Statement Pursuant to F.R.C.P. 7.1, states as follows:

        Entertainment One US L.P. is indirectly owned by Entertainment One Ltd. which is publicly held.

Dated:  New York, New York
             August 8, 2018

                                                    DANIEL J. AARON, P.C.

                                                    s/Daniel J. Aaron, Esq.
                                                    _____
                                                    By:  Daniel J. Aaron, Esq.
                                                    Attorney for Petitioner
                                                    Entertainment One US L.P.
                                                    750 Third Avenue, Suite 1006
                                                    New York, New York 10017
                                                    (212) 684-4466